ORIGINAL

FILED
FEB 14 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

WESTON SOLUTIONS, INC.

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 08-87 C

**MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Rule 65(a) of the Rules of the Court of Federal Claims, Plaintiff Weston Solutions, Inc. moves the Court for a preliminary injunction enjoining the U.S. Air Force, its agents, employees, officers and representatives, and those acting in concert with or participating with any of the foregoing, from proceeding with any procurement actions under the IDIQ contracts awarded pursuant to Solicitation No. FA3002-06-R-0001 pending a final determination of the merits by this Court. A Memorandum of Points and Authorities in Support of Plaintiff's Motion for Preliminary Injunction is filed herewith.

Respectfully submitted,

Michael H. Payne, Esquire
Payne Hackenbracht & Sullivan
220 Commerce Dr., Suite 100
Fort Washington, PA 19034
(215) 542-2777
(215) 542-2779/FAX
mhp@phslegal.com
Attorney of Record for
Weston Solutions, Inc.

Date: 2-13-08

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| WESTON SOLUTIONS, INC. | : | |
| Plaintiff, | : | |
| v. | : | No. |
| THE UNITED STATES, | : | |
| Defendant. | : | |

**CERTIFICATE REQUIRED BY RULE 65 OF THE RULES OF THE UNITED STATES COURT OF FEDERAL CLAIMS**

I, Michael H. Payne, the undersigned attorney of record for Weston Solutions, Inc., certify that I hand-delivered or caused to be hand-delivered, two copies of the Complaint, Motion for Preliminary Injunction, and accompanying documents to Commercial Litigation Branch, Civil Division, U.S. Department of Justice, 1100 L Street, N.W., Room 12124, Washington, D.C. 20530, in accordance with Rule 65 and Appendix C of the Rules of the United States Court of Federal Claims.

Respectfully submitted,

[signature]

Michael H. Payne, Esquire
Payne Hackenbracht & Sullivan
220 Commerce Dr., Suite 100
Ft. Washington, PA 19034
215-542-2777
215-542-2779 (fax)
mhp@phslegal.com
Attorney of Record for
Weston Solutions, Inc.

Dated: 2-13-08