ORIGINAL

FILED
FEB 14 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

WESTON SOLUTIONS, INC.

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 08-87 C

**MOTION FOR LEAVE TO FILE UNDER SEAL PLAINTIFF'S COMPLAINT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF, AND DECLARATORY JUDGMENT**

Pursuant to Appendix C of the Rules of the Court of Federal Claims, Plaintiff Weston Solutions, Inc. moves the Court for leave to file under seal its Complaint and Memorandum of Points and Authorities in Support of Plaintiff's Motion for Preliminary and Permanent Injunctive Relief and Declaratory Judgment. In its Complaint, Plaintiff protests the award of multiple Indefinite Delivery Indefinite Quantity contracts under Solicitation No. FA3--2-06-R-0001 by the United States Air Force ("USAF"), acting as an agent of the Defendant, and challenges the Contracting Officer's decision to not select Plaintiff as one of the large business awardees of an IDIQ contract. Plaintiff's Complaint and Memorandum contain confidential and proprietary information regarding Plaintiff's proposal and the USAF's evaluation of the proposal. Disclosure of this information will cause the parties substantial harm.

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff leave to file its Complaint and the Memorandum of Points and Authorities in Support of Plaintiff's Motion for Preliminary and Permanent Injunctive Relief and Declaratory Judgment under seal.

Respectfully submitted,

Michael H. Payne, Esquire
Payne Hackenbracht & Sullivan
220 Commerce Dr., Suite 100
Fort Washington, PA 19034
(215) 542-2777
(215) 542-2779/FAX
mhp@phslegal.com
Attorney of Record for
Weston Solutions, Inc.

Date: 2-13-08

Of Counsel:
Joseph A. Hackenbracht, Esquire
Timothy A. Sullivan, Esquire
Payne Hackenbracht & Sullivan

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of February, 2008, two copies of Plaintiff's Motion for Leave to File Plaintiff's Complaint and Memorandum of Points and Authorities in Support of Plaintiff's Motion for Preliminary and Permanent Injunctive Relief and Declaratory Judgment, were delivered to:

Department of Justice
Commercial Litigation Branch
8th Floor
1100 L Street, N.W.
Washington, DC 20530

Michael H. Payne