ORIGINAL

FILED
FEB 14 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

WESTON SOLUTIONS, INC.

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 08-87 C

## NOTICE OF FILING

Notice to the Attorney in Charge of Litigation, Department of Justice, Civil Division, Commercial Litigation Branch, 1100 L Street, N.W., 8th Floor, Washington, DC 20530. Please take notice that Plaintiff, Weston Solutions, Inc., intends to commence action in the United States Court of Federal Claims seeking preliminary and permanent injunctive relief against Defendant, The United States, involving a solicitation issued by the United States Air Force, bearing the designation Solicitation No. FA3002-06-R-0001. The Contracting Officer is Ron A. Mortag, AETC CONS, Randolph AFB, Texas. Two copies of the Complaint, Motion for Preliminary Injunction, supporting Memorandum of Points and Authorities, Proposed Order, and Motion for Leave to File Under Seal are being served upon you within 24 hours.

Respectfully submitted,

Michael H. Payne, Esquire
Payne Hackenbracht & Sullivan
220 Commerce Dr., Suite 100
Ft. Washington, PA 19034
215-542-2777
215-542-2779 (fax)
mhp@phslegal.com
Attorney of Record for
Weston Solutions, Inc.

Dated: 2-13-08

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| WESTON SOLUTIONS, INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. |
| | : | |
| THE UNITED STATES, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Filing was served by telecopier and first class mail to the following:

U.S. Department of Justice
Commercial Litigation Branch
Civil Division, 8th Floor
Attn: Classification Unit
1100 L Street, NW, Rm 10112
Washington, DC 20005

[signature]
Michael H. Payne, Esquire
Payne Hackenbracht & Sullivan
220 Commerce Dr., Suite 100
Ft. Washington, PA 19034
215-542-2777
215-542-2779 (fax)

Date: 2-13-08

Attorney of Record for
Weston Solutions, Inc.