ORIGINAL

FILED
FEB 14 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| WESTON SOLUTIONS, INC. | : | |
| Plaintiff, | : | |
| v. | : | No. 08-87 C |
| THE UNITED STATES, | : | |
| Defendant. | : | |

**RULE 7.1 DISCLOSURE STATEMENT OF WESTON SOLUTIONS, INC.**

Pursuant to RCFC 7.1, Weston Solutions, Inc. hereby submits this disclosure statement. Weston Solutions, Inc. is a Pennsylvania corporation whose parent corporation is Weston Solutions Holding, Inc., and there is no publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

Michael H. Payne, Esquire
Payne Hackenbracht & Sullivan
220 Commerce Dr., Suite 100
Ft. Washington, PA 19034
215-542-2777
215-542-2779 (fax)
mhp@phslegal.com

Attorney of Record for
Weston Solutions, Inc.

Dated: 2-13-08