# In the United States Court of Federal Claims

No. 8-87C

Filed February 19, 2008

*********************************** 
WESTON SOLUTIONS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

***********************************

**SCHEDULING ORDER**

Pursuant to the February19, 2008 scheduling conference, the court enters the following schedule:

1. Defendant will submit the Administrative Record ("AR") on or before March 7, 2008.

2. Plaintiff will submit a Motion for Judgment on the AR on or before March 28, 2008.

3. Defendant will submit a Response to Plaintiff's Motion for Judgment on the AR on or before April 18, 2008.

4. Plaintiff will submit a Reply to Defendant's Response to Motion for Judgment on the AR on or before May 2, 2008

**IT IS SO ORDERED.**

s/Susan G. Braden

**SUSAN G. BRADEN**

**Judge**