IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WESTON SOLUTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-87C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO STAY**

Defendant, United States, and Plaintiff, Weston Solutions, Inc., respectfully request that the Court stay the proceedings in this case for thirty days, until April 3, 2008. Counsel of record for the United States has received a written offer of settlement from the plaintiff, which will be presented to the Authorized Representative of the Attorney General for consideration. The proposed stay will allow counsel for both parties sufficient opportunity to discuss this matter with respective clients and to work out the terms of a settlement, should that occur. We respectfully request, therefore, that the Court grant our joint motion to stay until April 3, 2008. In the event that a settlement has not been concluded by then, the parties propose to file a joint status report on April 3, 2008, regarding the status of settlement activities.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Michael H. Payne
MICHAEL H. PAYNE
Payne Hackenbracht & Sullivan
220 Commerce Dr., Suite 100
Ft. Washington, PA 19034
tel: (215) 542-2777
fax: (219) 542-2779

Attorney for Plaintiff

s/ Joseph A. Pixley
JOSEPH A. PIXLEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0843
Fax: (202) 307-0972

Attorneys for Defendant

March 6, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 6th day of March, 2008, a copy of the foregoing "JOINT MOTION TO STAY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Joseph A. Pixley