# In the United States Court of Federal Claims

No. 8-87C
Filed March 10, 2008

| | |
|---|---|
| *********************************** | |
| | * |
| WESTON SOLUTIONS, INC. | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

**ORDER**

On March 6, 2008, the parties filed a Joint Motion to Stay the case for 30 days to allow the Government to consider a written offer of settlement from the Plaintiff. The court, hereby, stays the case until April 3, 2008, and the parties will file a Joint Status Report on the same day.

**IT IS SO ORDERED.**

s/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**