IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| WESTON SOLUTIONS, INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 08-87C |
| | : | (Judge Braden) |
| THE UNITED STATES, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**NOTICE OF VOLUNTARY DISMISSAL**

On March 11, 2008, counsel for the parties entered into a settlement agreement of this matter in which the Air Force agreed to award to Plaintiff an IDIQ contract under Solicitation No. FA3002-06-R-0001. Plaintiff has been informed that the agency is taking appropriate corrective action. Therefore, in accordance with the terms of the settlement, Plaintiff, Weston Solutions, Inc., ("Weston"), through its undersigned counsel, hereby, pursuant to RCFC 41(a)(1), dismisses this case with prejudice, each party to bear its own costs, expenses and attorney fees.

Respectfully submitted,

Date: April 10, 2008

/s/ Michael H. Payne

Michael H. Payne, Esquire
Payne Hackenbracht & Sullivan
220 Commerce Dr., Suite 100
Ft. Washington, PA 19034
215-542-2777/215-542-2779(fax)
Attorney of record for
WESTON SOLUTIONS, INC.

Of Counsel:
Joseph A, Hackenbracht, Esquire
Timothy A. Sullivan, Esquire
Payne Hackenbracht & Sullivan